IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:08po008 |
| v. | : | |
| MICHAEL G. ROMANOFF | : | ORDER FOR DISMISSAL |

-----------

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Violation Notice filed with the Court in the above captioned case as to MICHAEL G. ROMANOFF is hereby dismissed without prejudice.

DATE: April 11, 2008

MICHAEL R. MERZ
CHIEF U.S. MAGISTRATE JUDGE